# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SPORTSCASTR INC.<br>(d/b/a PANDA INTERACTIVE),<br><br>    *Plaintiff*,<br><br>v.<br><br>SPORTRADAR GROUP, AG, and<br>SPORTRADAR AG,<br><br>    *Defendants*. | § § § § § § § § § § | CIVIL ACTION NO. 2:23-CV-00472-JRG<br>(LEAD CASE) |
| SPORTSCASTR INC.<br>(d/b/a PANDA INTERACTIVE),<br><br>    *Plaintiff*,<br><br>v.<br><br>GENIUS SPORTS LTD., ET AL.,<br><br>    *Defendants*. | § § § § § § § § § § | CIVIL ACTION NO. 2:23-CV-00471-JRG<br>(MEMBER CASE) |

**ORDER**

The Court issues this Order *sua sponte*. The Court is of the opinion that the above-captioned series of consolidated cases would benefit from the following changes.

The Court **ORDERS** Civil Action No. 2:23-CV-00472 to be **BIFURCATED** such that all claims arising under State and Federal antitrust laws are **SEVERED** and **ASSIGNED** to a new Civil Action. All claims arising under the U.S. patent laws will remain in Civil Action No. 2:23-CV-00472. The designated Lead and Local Counsel in Civil Action No. 2:23-CV-00472 will be assigned as Lead and Local Counsel in the new Civil Action emanating therefrom. All other attorneys intending to appear in such new Civil Action will need to file a Notice of Appearance in that action.

Similarly, the Court **ORDERS** Civil Action No. 2:23-CV-00471 to be **BIFURCATED** such that all claims arising under State and Federal antitrust laws are **SEVERED** and **ASSIGNED**

to a separate, new Civil Action. All claims arising under the U.S. patent laws will remain in Civil Action No. 2:23-CV-00471. The designated Lead and Local Counsel in Civil Action No. 2:23-CV-00471 will be assigned as Lead and Local Counsel in the new Civil Action emanating therefrom. All other attorneys intending to appear in such new Civil Action will need to file a Notice of Appearance in that action.

The Court will conduct consolidated pretrial proceedings for the remaining patent law claims in both Civil Action Nos. 2:23-CV-00472 and 2:23-CV-00471 as follows. The Pretrial Conference will be held on January 23, 2026. Jury selection is set to take place on February 9, 2026, at 9:00 a.m. Plaintiff will disclose the final election of Asserted Claims 10 days before jury selection, and Defendant will disclose final invalidity theories, final prior art references/combinations, and final equitable defenses 7 days before jury selection.

The Court gives notice hereby of its willingness to try the remaining patent law claims in both Civil Action Nos. 2:23-CV-00472 and 2:23-CV-00471 as a single trial, if all parties to those actions agree and file a written election on the docket within fourteen (14) days hereof. If such a written election is not received on the docket within fourteen (14) days, the Court will try each separately and will inform the parties subsequently of its order of trial intention.

The Court will inform the parties about a schedule for the antitrust claims in the new civil actions through a future Order.

On or before January 6, 2026, the parties are instructed to file a Joint Notice in Lead Case No. 2:23-CV-00472 with the following information:

- Motions Pending in Civil Action Nos. 2:23-CV-00472 and 2:23-CV-00471 that relate to the remaining patent law claims, including Motions *in Limine*.
- Updated Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Exhibit Lists, Witness Lists, and Deposition Designations relating to the patent law claims.
- Miscellaneous relevant matters the parties wish to inform the Court about.

Additionally, the Court instructs the parties to submit a proposed Amended Docket Control Order in Lead Case No. 2:23-CV-00472 reflecting the schedule outlined by the Court above, on or before January 6, 2026.

**So ORDERED and SIGNED this 23rd day of December, 2025.**

                                              RODNEY GILSTRAP
                                              UNITED STATES DISTRICT JUDGE