**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SPORTSCASTR INC. (d/b/a PANDA INTERACTIVE),<br><br>*Plaintiff*,<br><br>v.<br><br>SPORTRADAR GROUP, AG, and SPORTRADAR AG,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:23-CV-00472-JRG<br>(LEAD CASE) |
| SPORTSCASTR INC. (d/b/a PANDA INTERACTIVE),<br><br>*Plaintiff*,<br><br>v.<br><br>GENIUS SPORTS LTD., et al.,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:23-CV-00471-JRG<br>(MEMBER CASE) |

**ORDER**

Before the Court is the Joint Stipulation of Dismissal (the "Stipulation") filed by Plaintiff SportsCastr Inc. d/b/a PANDA Interactive ("Plaintiff") and Defendants Genius Sports Ltd., Genius Sports Media Ltd., Genius Sports Technologies Ltd.., Genius Sports UK Ltd., Genius Sports Holdings Ltd.., Genius Sports Group Ltd., Maven Topco Ltd., Maven Midco Ltd., Maven Debtco Ltd., and Maven Bidco Ltd. (together, "Defendants") (collectively, the "Parties"). (Dkt. No. 775). In the Stipulation, the Parties stipulate to the dismissal of all claims against Defendants with prejudice and all counterclaims against Plaintiff without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. (*Id.* at 2).

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims against Defendants by Plaintiff in the above-captioned case are **DISMISSED WITH PREJUDICE** and all counterclaims against Plaintiff by Defendants are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** Lead Case No. 2:23-cv-00472-JRG since no live disputes remain in this series of consolidated cases.

**So ORDERED and SIGNED this 15th day of October, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE